AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HENRY COX | ) | Case No. |
| JAMES COX | ) | 6:24-mj- 1226 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of SEPTEMBER 14, 2023 in the county of Osceloa in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Knowingly transporting, receiving or distributing child pornography |
| 18 U.S.C. § 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Albert Grooms, HSI
_Printed name and title_

Sworn to before me over the telephone or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 02/28/2024

_Judge's signature_

City and state: Orlando, Florida

DAVID A. BAKER, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

HENRY COX
JAMES COX

Case No. 6:24-mj-__1226____

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Albert Grooms, being duly sworn, do hereby depose and state the following:

1. This affidavit is submitted in support of a criminal complaint against JAMES COX Jr. (J. COX), for violations of 18 U.S.C. § 2252A(a)(1), specifically knowingly transporting, receiving, or distributing child pornography/child sexual abuse material (CSAM) and HENRY COX (H. COX), for violations of 18 U.S.C. § 2251(a), specifically, production of child pornography/CSAM.

2. As set forth in more detail below, I believe there is probable cause that on September 14, 2023, in Osceola County, Florida, J. COX did knowingly transport (by uploading to Microsoft) child pornography/CSAM.

3. As set forth in more detail below, I believe there is probable cause that between January 28, 2022, and July 4, 2022, in Osceola County, Florida, H. COX produced child pornography using any means or facility of interstate or foreign commerce in violation of 18 U.S.C. § 2251(a).

4. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so

employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI, and my duties include the enforcement of federal criminal statutes, including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

5. My formal education includes a Bachelor's degree in Criminal Justice from American Military University and a Master's degree in Human Services Counseling: Criminal Justice from Liberty University. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, CSAM, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

6. I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252 and 2252A. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

7. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

8. On November 15, 2023, Saint Cloud Police Department (SCPD) received a CyberTip from the National Center for Missing and Exploited Children (NCMEC) alleging an unknown person was uploading child sexual abuse material (CSAM) to Microsoft BingImage. Microsoft BingImage (referred to as Visual Search) is a service that allows users to provide an image and search for similar images on the internet. The user can provide the image to be searched by either an upload or as a URL. The date and time provided on the CyberTip indicates the time at which the image was received and evaluated by the BingImage service.

9. The CyberTip provided the following information regarding the uploaded files it was reporting.

> Peer-to-Peer Client: BingImage
> IP Address: 72.189.18.101 **(IP 1)** on September 14, 2023, at 13:15:49 UTC
> Peer to Peer Filenames: e724907f-6022-44df-8e9e-02a66c5a2aaa.jpg **(Target File 1)**

> Peer-to-Peer Client: BingImage
> IP Address: **IP 1** on September 14, 2023, at 13:24:56 UTC
> Peer to Peer Filenames: 8b6ff659-5be1-4310-a5c4-f794cf8107b7.jpg **(Target File 2)**

> Peer-to-Peer Client: BingImage
> IP Address: **IP 1** on September 14, 2023, at 13:24:59 UTC
> Peer to Peer Filenames: 14b04095-bbab-4121-a42f-de2d52d97743.jp **(Target File 3)**

>Peer-to-Peer Client: BingImage
>IP Address: **IP 1** on September 14, 2023, at 13:15:39 UTC
>Peer to Peer Filenames: 2bcd87e0-19e3-49b1-a455-91e72a3ee575.jpg **(Target File 4)**

10.     The CyberTip also identified the manner that these files were identified. According to the NCMEC CyberTip and the information provided by Microsoft, for each of the **Target Files**, "image[s] match identically to hash values of images reviewed by Microsoft content moderators." Based on training and experience, I know that "hash values" are automated values that are associated with digital files and can be identified in the accompanying data (meta-data) accompanying such files. A "hash value" will remain the same for a digital file that is unmodified and, when files are modified, the "hash value" will change. A consistent "hash value" can be used to show that the content of a digital file (such as an image) has remained unmodified. I also know that service providers have systems in place to automatically identify certain hash values associated with digital files that have been previously identified as CSAM material as a means of flagging, without individually reviewing, CSAM material.

11.     Along with the NCMEC Cyber Tip and explanation of flagging for CSAM, NCMEC also provided the underlying Target Files 1-4 to SCPD. A detective with SCPD reviewed **Target Files 1-4** a confirmed they contained the following:

>**Target File 1** is an image that depicts a prepubescent female child, completed naked from the waist down lying on the ground with her legs

4

opened exposing her vagina. There is a white substance consistent with semen coming out of the child`s vagina.

**Target File 2** is an image that depicts a pubescent female child sitting on a rock completely naked. The child`s legs are opened exposing her vagina and undeveloped breasts.

**Target File 3** is an image that depicts a pubescent female child sitting on a rock completely naked. The child`s legs are opened exposing her vagina and undeveloped breasts.

**Target File 4**[1] is an image that depicts a prepubescent female child, completed naked form the waist down lying on the ground with her legs opened exposing her vagina. There is a white substance consistent with semen coming out of the child`s vagina.

12. A detective with SCPD served Charter Communications with a subpoena regarding **IP 1** and Charter responded with the following information:

> IP Address **IP 1**, September 14, 2023, 13:15:39, UTC
>          **IP 1**, September 14, 2023, 13:24:59, UTC
> Subscriber Name: J. COX
> Service Address: **Subject Premises**
> Lease Log: Start Date: October 16, 2020, 1639 UTC
> End Date: November 18, 2023, 1050 UTC

13. SCPD reviewed Florida's Drivers and Vehicle Information Database (DAVID) and discovered both J. COX and H. COX resided at that address.

14. On January 17, 2024, a judge for the Ninth Judicial Circuit Court of Florida approved a Florida state search warrant for the **Subject Premises.** This search warrant authorized law enforcement to search the **Subject Premises** including

---

[1] **Target Files 1 and 4** are identical files (matching MD5 HASH values) with different filenames.

any structures and vehicles and or motor homes on the property, to seize electronic devices (and other evidence), and to conduct an onsite and off-site search and analysis, or to delegate the search and analysis to an off-site computer forensic analyst.

15. On January 19, 2024, SCPD executed the search warrant was executed at the **Subject Premises**. J. COX and H. COX were seen leaving the residence in separate cars and were subsequently stopped by patrol officers. SCPD made contact with J. COX and H. COX in their separate cars outside of the **Subject Premises**. J. COX admitted to possessing the images which triggered the Cyber Tip. J. COX also admitted in a Post-*Miranda* interview to looking for CSAM on the internet and using the Microsoft Bing Image to look for similar CSAM Images. J. COX was shown two images which triggered the CyberTip. J. COX acknowledged and initialed that those were the images he had seen and used to search for like CSAM images online.

16. SCPD also spoke with H. COX who in a Post-*Miranda* interview denied any involvement and knowledge of CSAM being possessed.

17. SCPD seized multiple electronic devices from the house. Because J. COX and H. COX were stopped outside of the scope of the residential warrant, SCPD obtained a second warrant which covered electronic devices from their persons.

18. From an initial forensic review of the devices retrieved pursuant to the search warrants, SCPD determined that H. COX had been producing videos of prepubescent children focused on the exposed genital area of the children. In some of

6

the videos, the face of and/or voice of H. COX is captured as the person recording the video. SCPD was able to identify two of the prepubescent children in the videos as a 12-year-old boy and 8-year-old girl that live in the neighborhood.

19.  A forensic analysis was completed by the Osceola County Sheriff's Office (OCSO) on the computer J. COX stated he used to look for CSAM. SCPD was provided with the forensic results which show hundreds of thumbnail images of children being sexually abused and exploited. The results also showed three videos which were deleted from the computer but were able to be recovered. One video depicts two prepubescent female children forced to engage in oral sex on males. One video depicts a prepubescent female child sitting on the ground while a male masturbates and ejaculates on the child's feet. One video depicts a female performing oral sex on a prepubescent female child.

20.  HSI Orlando took custody of 15 electronic storage devices believed to belong to H. COX for full forensic analysis. To date, HSI Computer Forensic Agents (CFAs) have found over 50 photos or videos of CSAM that meet the federal definition of Child Pornography.  A review of these files indicate that some of the files were created in the bedroom known to be occupied by H.COX. Some of the files contain other indications that they were produced by H. COX. The following are examples of the child pornography files believed to be produced by H. COX:

> **Target File 5**:  File name 20221009_180001.mp4 is a color video without sound filmed in the stall of a public restroom. H. COX can be seen in the mirror holding the recording device, which is a dark colored smartphone. The video is focused on a prepubescent male child approximately 8-10 years old

7

using the toilet. H. COX zooms in on the child's penis for the duration of the video. Target File 5 was found on a Seagate Ultra Touch hard drive that was found in the bedroom known to be occupied by H. COX at the time the residential search warrant was executed.

**Target File 6**: File name MOVI0012.avi is a color video with sound filmed in the stall of a public restroom. H. COX can be seen at one point in the video when the camera is turned back toward the individual filming. The video is focused on a prepubescent male child approximately 10-12 years old using the toilet. H. COX zooms in on the child's penis for the duration of the video. Target File 6 was found on a Seagate Ultra Touch hard drive that was found in the bedroom known to be occupied by H. COX at the time the residential search warrant was executed.

**Target File 7**: File name 20220704_185001.mp4 is a color video with sound filmed in the bedroom known to be occupied by H. COX. The video is focused on a prepubescent male child approximately 8-10 years old changing his underwear. The focal point of the video is the child's penis. At one point in the video the camera pans across a mirror showing H. COX as the one recording the video file. The voice of H. COX can be heard on the video talking to the child and possibly another child in the room. Target File 7 was found on a Seagate Ultra Touch hard drive that was found in the bedroom known to be occupied by H. COX at the time the residential search warrant was executed.

**Target File 8**: YCC365 Plus-0457AM_06-28-2022.mp4 is a color video without sound filmed in the bedroom known to be occupied by H. COX from the vantagepoint of the lightbulb camera found in the room at the time of the search warrant. The video begins with a naked prepubescent male child approximately 8-12 years old entering the room. The camera follows the boy as he moves through the room naked with his penis and buttocks exposed to the camera. The video ends when the child puts on a pair of underwear and leaves the room. Target File 8 was found on a Seagate Ultra Touch hard drive that was found in the bedroom known to be occupied by H. COX at the time the residential search warrant was executed.

**Target File 9**: 20220801_155236.mp4 is a color video with sound filmed in the shower of a public bathroom. The focal point is an 10-12 year old prepubescent male child showering while an 8-10 year old male child enters

and leaves the shower with him. At several points in the video the camera zooms into the penis of the 10-12 year old child. The voice of H. COX can be heard talking to the children. Target File 9 was found on a Seagate Ultra Touch hard drive that was found in the bedroom known to be occupied by H. COX at the time the residential search warrant was executed.

**Target File 10**: 20220801_155430.mp4 is a color video with sound filmed in the shower of a public bathroom. The focal point is an 8-10 year old prepubescent male child showering. At several points in the video the camera zooms into the penis of the child. The voice of H. COX can be heard talking to the child. Target File 10 was found on a Seagate Ultra Touch hard drive that was found in the bedroom known to be occupied by H. COX at the time the residential search warrant was executed.

**Target File 11**: 20220128_183353.jpg is a color photo of a 6-8 year old prepubescent male child standing completely naked on the bed in the room known to be occupied by H. COX. The penis of the child is exposed to the camera. Target File 11 was found on a PNY micro SD card found inside an LG Q7+ smartphone that was found in the bedroom known to be occupied by H. COX at the time the residential search warrant was executed.

**Target File 12**: 20220128_183253.jpg is a color photo of a 6-8 year old prepubescent male child laying completely naked on a towel on the bed in the room known to be occupied by H. COX. The penis of the child is exposed to the camera and the focal point of the picture. An adult hand is touching the child high on the top of the thigh near the hip area. Target File 12 was found on a PNY micro SD card found inside an LG Q7+ smartphone that was found in the bedroom known to be occupied by H. COX at the time the residential search warrant was executed.

21.     The Seagate Ultra Touch hard drive that was seized by SCPD during the execution of the residential search warrant has markings on the back of the hard drive that indicate the hard drive was manufactured in Thailand. PNY micro SD cards are manufactured in Taiwan.

22. A review of the EXIF data associated with the CSAM images on H. COX's computer electronic storage devices indicates they were taken with a camera recording devices, some of which were observed as "Generplus" and "GE Digital Camera A730" that was were not seized during the initial search warrants executed by SCPD at the **Subject Premises**. Some CSAM media was observed to have been recorded from a partially obscured device at the floor level in a bathroom pointing at a toilet. Other observed CSAM images were taken of a sleeping victim indicating the clandestine intent of the recordings. Additionally, during the execution of the search warrant at the **Subject Premises**, SCPD seized a "white light bulb camera" which is believed to be a covert recording device.

## CONCLUSION

19. Based on the above, I submit that there is probable cause that on September 14, 2023, in Osceola County, Florida, J. COX did knowingly transport (by uploading to Microsoft) child pornography/CSAM.

20. Based on the above, I submit that there is probable cause that between January 28, 2022, and July 4, 2022, in Osceola County, Florida, H. COX produced child pornography using any means or facility of interstate or foreign commerce in

violation of 18 U.S.C. § 2251(a).

*[signature]*
_____
Albert Grooms, Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me
as true and accurate via Zoom consistent
with Fed. R. Crim. P. 4.1 and 4(d)
before me this  1st  day of March, 2024.

*David A. Baker*
_____
DAVID A. BAKER
United States Magistrate Judge

11