# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:24-mj-1226-DAB**

**JAMES COX**

AUSA: Dana Hill

Defense Attorney: James B. Kelly, III, Retained Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **March 5, 2024**<br>2:01 P.M. – 2:06 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 5 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Ebonie Henderson-Larrame |

## CLERK'S MINUTES
### INITIAL APPEARANCE ON COMPLAINT

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights.
Government advises of the charge and potential penalties in the complaint.
Court inquires of the defendant – No issue as to competency.
Government ore tenus motion for detention.
Defense reserves as to detention.
Government's motion granted without prejudice.
The defendant is remanded to the custody of the U.S. Marshal pending further proceedings.
Court adjourned.